CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 19 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID L. WILLIS, JR.,<br>Petitioner, | ) ) ) | Civil Action No. 7:07-cv-00241 |
| v. | ) ) | **FINAL ORDER** |
| GENE M. JOHNSON,<br>Respondent. | ) ) ) | By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is now

ORDERED

that respondent's motion to dismiss is **GRANTED**. This action shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court. Any pending motions are **DENIED as MOOT**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This ___ day of November, 2007.

_____
United States District Judge